BEFORE THE FIRST DIVISION, MAY 29, 1967

**No. P67/173.**—Airgo International Corp., a/c Pioneer Trading Co. *v.* United States, protest 65/2580 (Los Angeles).

WATSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of human serum similar in all material respects to that the subject of *Air Express International Agency, Inc., a/c Hyland Laboratories* v. *United States* (52 Cust. Ct. 254, Abstract 68288), the claim of the plaintiff was sustained.

**No. P67/174.**—Fusek's *v.* United States, protests 64/16736 and 64/13893 (Los Angeles).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of wood statuary similar in all material respects to that the subject of *Fusek's* v. *United States* (53 Cust. Ct. 109, C.D. 2480), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 29, 1967

**No. P67/175.**—Kelvin and Hughes America Corp. *v.* United States, protest 62/5264 (Baltimore).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of echo-sounding equipment or essential parts thereof dedicated to use therewith, in chief value of metal, similar in all material respects to those the subject of *Kelvin & Hughes America Corp.* v. *United States* (53 Cust. Ct. 21, C.D. 2468), the claim of the plaintiff was sustained.